DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALERIE FULTON,**
Appellant,

v.

**JUDITH BRANCATO, DEAN C. FULTON, FULTON INSURANCE AGENCY** d/b/a **FLORIDA INSURANCE AGENCY, CENTER MANAGEMENT CORPORATION,** and **LASER FUN ZONE CORPORATION,**
Appellees.

No. 4D17-1453

[April 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2007-CA-018811-XXXX-MB.

Kevin F. Richardson of Clyatt, Richardson & Ryan, P.A., West Palm Beach, for appellant.

Michael J. Ferrin, Delray Beach, for appellee, Judith Brancato.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***